# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED MARCH 12, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 1470**

**(a) PLAINTIFFS**
Ahmed Hussain Memon

**DEFENDANTS**
Michael Mukasey, U.S. Attorney General, et al.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cheng, Cho & Yee, P.C., 134 N. LaSalle, Ste. 1618
Chicago, IL 60602
312-853-3088

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☒ 2 U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 890 Other Statutory Actions

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
28 USC 1361 permits a writ of mandamus to be filed to compel an officer of a U.S. agency to perform his/her duty

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ___
JURY DEMAND: ☐ Yes ☒ No

## IX. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number ___, previously dismissed by Judge ___

DATE: 03/12/2008
SIGNATURE OF ATTORNEY OF RECORD: s/ Bonita B. Hwang Cho

**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**