**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                     Case Number: FILED
Ahmed Hussain Memon v. U.S. Attorney General, et. al.                       March 12, 2008   TG
                                                                                                                        08cv1470
                                                                                                                        JUDGE   KENDALL
                                                                                                                        MAGISTRATE   JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ahmed Hussain Memon

| | |
|---|---|
| NAME (Type or print) Bonita B. Hwang Cho | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Bonita B. Hwang Cho | |
| FIRM Law Offices of Cheng, Cho & Yee, P.C. | |
| STREET ADDRESS 134 N. LaSalle, Ste. 1618 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6229470 | TELEPHONE NUMBER 312-853-3088 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |