## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1470   Assigned/Issued By: J. N.

Judge Name: KENDALL   Designated Magistrate Judge: COX

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other ____
☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2607318

Date Payment Rec'd: 3-12-08   Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets   ☐ Other
☐ Writ ____
*(Type of Writ)*   _____
*(Type of issuance)*

3 Original and 0 copies on 3-12-08 as to ALL DEFENDANTS
*(Date)*