# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Ahmed Hussain Memon, Individually, Plaintiff

V.

Michael Mukasey, U.S. Attorney General, et. al.

CASE NUMBER: **08 C 1470**

ASSIGNED JUDGE: **JUDGE KENDALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Michael Mukasey, U.S. Attorney General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle St., Suite 1618
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_

---

(By) DEPUTY CLERK

March 12, 2008

---

Date

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  3/13/2008 |
| NAME OF SERVER *(PRINT)*  HO J. CHUNG | TITLE  LAW CLERK |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): __MAILED AS A CERTIFIED MAIL WITH RETURN RECEIPT REQUESTED__
   __ADDRESSED TO: MICHAEL MUKASEY, U.S. ATTORNEY GENERAL__
   __C/O OFFICE OF GENERAL COUNSEL, U.S. DEPT. OF HOMELAND SECURITY, Washington, D.C. 20528__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __MARCH 13, 2008__     _Ho Joon Chung_
              Date                  Signature of Server

          134 N. LaSalle St. Ste 1618, Chicago, IL 60602
                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.