## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **AHMED HUSSAIN MEMON,** | ) | |
| File No. 075 823 321, | ) | |
| Plaintiff, | ) | CASE NO. 08 C 1470 |
| | ) | |
| v. | ) | |
| | ) | JUDGE KENDALL |
| **MICHAEL MUKASEY**, U.S. Attorney General, | ) | |
| Department of Homeland Security**;** | ) | |
| **EMILIO T. GONZALES**, Director of | ) | |
| U.S. Citizenship & Immigration Services, | ) | |
| Defendants. | ) | MAGISTRATE COX |

## NOTICE OF DISMISSAL OF COMPLAINT

NOW COMES Plaintiff, Ahmed Hussain Memon, by and through his attorneys, Bonita B. Hwang Cho, Cheng, Cho & Yee, P.C., and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and voluntarily dismisses his complaint filed herein. In support thereof, he states as follows:

1. The Defendant has not yet filed or served an answer or any other pleading in this matter.

Respectfully submitted,


s/ Bonita B. Hwang Cho
Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
Attorneys for Plaintiff
134 N. LaSalle, Ste. 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com

## CERTIFICATE OF SERVICE

     I, Bonita B.H. Cho, the attorney, hereby certify that on the 17th day of June, 2008, a Notice of Dismissal was served to:

Patrick J. Fitzgerald
U.S. Attorney
Northern District of Illinois
Suite 500
219 South Dearborn
Chicago, Illinois 60604

s/ Bonita B. Hwang Cho
Attorney for Plaintiff
Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. LaSalle, Suite 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com